**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

M.J.T.,                                                    :   No. 67 WM 2019
                                                           :
                Respondent           :
                                                           :
                                                           :
        v.                       :
                                                           :
                                                           :
C.K.J.,                                                    :
                                                           :
                Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of September, 2019, the Petition for Review and the Petition to File Letter in Response Nunc Pro Tunc are DENIED.